1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR

10                  THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  DAVID RICHMOND         )
                           )       1:07-CV-1409 AWI DLB
14                         )
        Plaintiff,         )       STIPULATION AND ORDER
15                         )
    vs.                    )
16                         )
    COMMISSIONER OF        )
17  SOCIAL SECURITY,       )
                           )
18      Defendant.         )
                           )
19

20      IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

21  granted a 30 day extension of time, until May 23, 2008, in which to serve Plaintiff's Confidential

22  brief.  All remaining actions under the scheduling order filed, September 26, 2007, shall proceed

23  under the time limit guidelines set therein.

24  / /

25  / /

26  / /

27  / /

28

| | | |
|---|---|---|
| 1 | Dated:  April 24, 2008 | /s/ Sengthiene Bosavanh |
| 2 | | SENGTHIENE BOSAVANH, ESQ. |
| 3 | | Attorney for Plaintiff. |
| 4 | Dated: April 25, 2008 | MCGREGOR SCOTT |
| | | United States Attorney |

By: /s/ Elizabeth Mary Firer
(as authorized via facsimile/e-mail)
ELIZABETH MARY FIRER
Assistant Regional Counsel

IT IS SO ORDERED.

**Dated:   April 28, 2008**            **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE