1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RICHMOND ) | 1:07-CV-1409 AWI DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on September 25, 2007 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: May 8, 2008          /s/ Sengthiene Bosavanh

                            SENGTHIENE BOSAVANH, ESQ.
                            Attorney for Plaintiff

Dated: May 8, 2008
                            MCGREGOR SCOTT
                            United States Attorney

                            By: /s/ Elizabeth Firer
                            (as authorized via facsimile)
                            ELIZABETH FIRER
                            Special Assistant U.S. Attorney

1    The Clerk of the Court is DIRECTED to close this file.

3    IT IS SO ORDERED.

4    **Dated:   October 8, 2008**              **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE